**Exhibit A to the Complaint**

**Location:** Methuen, MA

**IP Address:** 108.7.189.35

**Total Works Infringed:** 39

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1075598D7410EE06BA3790F228EED3389F82492D<br>File Hash:<br>354FDDD35D22455C3F06B5FEA197E081A241F9F24B33CC73FCFD5016DCDDE2ED | 10-10-2023 00:51:32 | Blacked Raw | 10-09-2023 | 10-18-2023 | PA0002435308 |
| 2 | Info Hash: EC700F4AF3B504F5B9A251425194DED8118ED012<br>File Hash:<br>EA795E0C9E3A0949CA60C869B68FBC5AC28A9C7A6CFED4A7EE9D10AE80D730C9 | 10-01-2023 15:57:43 | Blacked | 09-30-2023 | 10-18-2023 | PA0002435266 |
| 3 | Info Hash: 2081AC5206212D23A016E66679C267174F8305A0<br>File Hash:<br>C81A2F59DFF13829D26B968CD232DD8074870113A4C290BB96D96A7AAFDEAD52 | 09-25-2023 00:57:21 | Tushy | 09-24-2023 | 10-18-2023 | PA0002435287 |
| 4 | Info Hash: 774E249BA3A2EA7349E61E1222562EB28637A2F8<br>File Hash:<br>C1C72953AC525F8C5080DA253497B6875ADF516454374E27C673AC294DB0F8BF | 09-15-2023 22:07:25 | Vixen | 09-15-2023 | 10-18-2023 | PA0002435602 |
| 5 | Info Hash: F843A879D588AE73A56F2DC8BE9A4AF12D77F4CA<br>File Hash:<br>7AD45C6E3DD5D6A1E96F61223DF339F6562F1A36946BE43A88658E20AFC84EC9 | 09-12-2023 00:44:58 | Blacked Raw | 09-11-2023 | 09-17-2023 | PA0002430897 |
| 6 | Info Hash: 721947E3AF1F879F551DFBC17B3FAEC15518A213<br>File Hash:<br>1FCA20EF7BAB97D6C19EAEB8994B7EAE3CC9B803352125DF898DCD1977342906 | 09-11-2023 16:54:59 | Tushy | 09-10-2023 | 09-17-2023 | PA0002430910 |
| 7 | Info Hash: 5BE03AAE12E342DDB9FE93A286686DD7530CEBD5<br>File Hash:<br>FD61A3CBEA4B2D15E95D57309D40E0D9840D27EA285D80659925A86141B239A3 | 09-03-2023 20:18:59 | Tushy | 09-03-2023 | 09-17-2023 | PA0002430895 |
| 8 | Info Hash: E190B0001E92F8D4C98BF4253A1486EE9F981CBB<br>File Hash:<br>2747C19AB172D826B51D6BB61A4612B729612EBFF20326573564E130F35EC839 | 09-03-2023 20:16:58 | Blacked | 09-02-2023 | 09-18-2023 | PA0002430909 |
| 9 | Info Hash: D69C05485F7A1BF9C1263183FC7214D532B01045<br>File Hash:<br>8D71DC2A3421DEE1D2D5879BAB993995699C969BC9DF9C3863F68C3EFD937B31 | 08-28-2023 20:01:36 | Tushy | 08-27-2023 | 09-18-2023 | PA0002430911 |
| 10 | Info Hash: 8E4C3CCBC90AAA69A9AAD87AFEF059EDFBC21A09<br>File Hash:<br>B9AA18A408966F8132F9CE4CA40FFCA25B84A537101C6644BAC5EB65CE08703C | 08-22-2023 16:57:21 | Blacked Raw | 08-21-2023 | 09-17-2023 | PA0002430900 |
| 11 | Info Hash: 5EDD7BD982BB957C7960A9C8D17E0300AD87FCF4<br>File Hash:<br>023910DE26305839374C6DA039F459707C4880F66BD57612E361122B4B03307A | 08-14-2023 01:04:06 | Tushy | 08-13-2023 | 10-18-2023 | PA0002435313 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E714ED4C2D063E9312D9699ABC5D6B8D984331CA<br>File Hash:<br>F63BAB3AB7AF5DFFAEBCF152D64A6B9E1823B3417506D30BBD78C8451CFB384F | 08-13-2023 19:35:46 | Blacked | 08-12-2023 | 10-18-2023 | PA0002435264 |
| 13 | Info Hash: FB4523ADF236017D190FB4A2BF1098940B0C831F<br>File Hash:<br>3A6E91B502F5EBAB12F2A4881E438389B559846ABC3E669AB28C9C29FABD163C | 07-24-2023 23:45:09 | Tushy | 07-23-2023 | 08-17-2023 | PA0002425533 |
| 14 | Info Hash: A2DD26E879DA4F6004F182E797E80308F646E336<br>File Hash:<br>73F16FBB216B42E3457E763C56DACD31FF2B5545B58F2824892D782799318AC9 | 07-10-2023 22:50:05 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 15 | Info Hash: 6F3397231908A8884A36C7B01CE11F00156F2671<br>File Hash:<br>7C269D83619185D2097A2B43DA6FFDC3DACD88417493F739CF230217CCCAB5A2 | 05-26-2023 17:10:59 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 16 | Info Hash: 1DBA51421D350692EB029660EBA891F739BAC46B<br>File Hash:<br>9F5BE59F3F24D23EA49C061D2C2EC6AF318213C11B0A30A60C71D5BDA4F6E4D7 | 05-01-2023 16:32:49 | Blacked | 04-29-2023 | 05-17-2023 | PA0002412011 |
| 17 | Info Hash: D9D4959890E17E062486022D09BABCEC3F150481<br>File Hash:<br>0F1E8932199B6E3DA18389FC821E05D3A637B731FD5CAB7ECA60A329A4677EED | 04-25-2023 16:10:04 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 18 | Info Hash: C0145C167E4BC5063C1725BE6747A22B7AA16738<br>File Hash:<br>AA40EC493DCB896D65CAC4FB959F8B9201D80A0B03B2FD30D653D24A6CBA96F1 | 04-20-2023 23:40:36 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |
| 19 | Info Hash: 0D98C9D64CA30CD2FAEDC1AC36A39D345EA7749D<br>File Hash:<br>62046B7018EA9D1954194A355755E15ABA702E4E367ED1DDB3A525B0BC8233BD | 04-05-2023 18:29:19 | Tushy | 04-02-2023 | 04-07-2023 | PA0002405755 |
| 20 | Info Hash: FFE0EA2FCDA5637BC1ABAF4214659B3EF84B1D32<br>File Hash:<br>4CB1CEB294E6130F473C5C8670CE2928F6CA2401A7DB9CA0B6E3E46B1A2A3C24 | 03-26-2023 19:07:23 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 21 | Info Hash: 25090B9BAD6CDE241568913E5E3F3B7930400E1C<br>File Hash:<br>FDA69297AED1260BD43524C2BC11D728EF43A20D6BC1941F592D5CB4ABC7362E | 03-14-2023 16:25:31 | Blacked | 03-11-2023 | 04-09-2023 | PA0002405763 |
| 22 | Info Hash: 5AAE27B2C267BC39A5A3691652905D91205E7034<br>File Hash:<br>54072A835473C6D71867FA13B6693A8E818B362633258F4F1E172BB2E3F19DC5 | 03-12-2023 17:53:51 | Blacked Raw | 03-10-2023 | 04-07-2023 | PA0002405760 |
| 23 | Info Hash: F0B5D01F5BC2DA86FA7A440BC6DD0AF9BBDCAE86<br>File Hash:<br>4923F09EBB23E4658B53D505752CDBAD912D06ACD66AB5CAD0A8332059AD7B68 | 03-01-2023 20:55:47 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 94DD7DB3DEEDDC90F3D36C93A357731E496A8CB6<br>File Hash:<br>DBA76D57E630FB7F013F193698AEDCC952D4054234BDF04CD691CC9D5EAC1A02 | 02-28-2023 17:45:56 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 25 | Info Hash: 6CF0AF4E5B454E075FBCF5BAE7F2D20199526143<br>File Hash:<br>4365A7D1D846E2EF08FBCF7E44C1C8E130AB3843596375DE734CBE77E7FEC46F | 02-21-2023 18:00:14 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 26 | Info Hash: 282D938BE086E574D70D74F43F9EA537DD2E4391<br>File Hash:<br>93FAF0395D63E7BBFD4F209389722D757362F31A425301F97875781265DD3797 | 02-19-2023 18:56:03 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 27 | Info Hash: 8A2772FD5AD58F8FF3A1D4DA1818AA71EAEDAFAE<br>File Hash:<br>9BA3A235B250AB75B308DEE0D9FA6B4E701894309D72B3ACA058FC2F0B9CD762 | 01-25-2023 20:09:27 | Tushy | 01-22-2023 | 01-27-2023 | PA0002393076 |
| 28 | Info Hash: 0AC629E1B29686D67279EC8B6EA141C079FD7E7A<br>File Hash:<br>2015A762D99B2737B5E3CB11EBAA755FA4DC2779A31E6786B767D3C1E56393CC | 01-17-2023 18:38:04 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 29 | Info Hash: F41EBF8EB4923CA678DBF66F0E6893C7AF437F8B<br>File Hash:<br>D84D17C209422E83D374F55324EB0BF62AB95954AEF43205E73A8BB72DA9F65F | 01-11-2023 18:05:41 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 30 | Info Hash: 1BFB4E223BDA6325076B2417BE3813C2FF957FFC<br>File Hash:<br>CD64088FAF72256A83663246BD42219BA7A9FCC7D45A73D63236DC7AA9FAB0C0 | 01-08-2023 17:54:26 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 31 | Info Hash: 6252B31B911F555C1913BA8CA26C73AC3D3C397C<br>File Hash:<br>B22813B0BA7CA0B3646CA7644D14A7A07DB4649615B762C6C06FAAE530F1D3CE | 01-05-2023 01:12:17 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 32 | Info Hash: FEFB17CD157D5637C50AE1709D3D182D40A90263<br>File Hash:<br>F9076A40DEE60606FCC11FED18EA3CFA04D33EAAFB5B722E0E2310DD9DF9817D | 01-03-2023 21:33:41 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 33 | Info Hash: 62F44792B3F0A06152C9B94C39BE49E31AEBFE90<br>File Hash:<br>7EF2B0859D4792145C992CC072944A2629002AEDB00BE47F8D854D2776E9F110 | 01-01-2023 17:41:12 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 34 | Info Hash: 1A82CD38DEBBAC7E19E06FED020AA506939EB78E<br>File Hash:<br>3B51C832779DA7494884D77EC3F3CD7B778535C48773363EB738C8372703A897 | 12-21-2022 17:54:48 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 35 | Info Hash: 64B1CF36E0BBEFE524F9B00D3AB3C4CEE30A32D1<br>File Hash:<br>E8D4C642319F403863E24B67B627565E176F423D267D0D2BD62D15D320E71989 | 11-06-2022 17:06:00 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 682D79A7F73EA01603A66FD5B30ADA2CE9B25386<br>File Hash:<br>490D016CB5923F966A135C3E7F174EA5A1E269E18C73F43233A5E37303BEF2CC | 10-30-2022<br>16:54:46 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 37 | Info Hash: 08F5E1679A80DB67D5969A52F2173024451310BA<br>File Hash:<br>ECFDDEEA7018AAD90C9B083E1268FCA9C78A2E4E5EF5C08E018366E68033982C | 09-19-2022<br>17:00:28 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 38 | Info Hash: 2FFC54C8C08F786009539D71232FF518E6B929CD<br>File Hash:<br>E2036073A71E13EDD9FE9019909C7E242C68781B9EA447CAFECD4D9FBD55508C | 09-11-2022<br>22:42:35 | Blacked | 11-01-2018 | 11-25-2018 | PA0002136644 |
| 39 | Info Hash: 65451406A437076E8149B26B85EDCB6CA42C10B5<br>File Hash:<br>30A7E78D661323E0740822AE6AF8B28804F021B3A6175376C8E05CB0F4680EFD | 08-23-2022<br>16:33:56 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |